JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HARRIS, et al., | Case No. CV 20-7350-GW-ASx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| RUBEN DAVID HERNANDEZ, et al., | |
| Defendants. | |

Based upon the Joint Motion for Dismissal between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 3, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE